UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Olivia Swaida,<br><br>      Plaintiff,<br><br>  v.<br><br>Felix International Limited,<br><br>      Defendant. | 25-MC-514 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Plaintiff Olivia Swaida shall serve Defendant Felix International Limited the Motion to Issue Subpoena by no later than **November 21, 2025** and shall file proof of service by that same date. Defendant Feliz International Limited shall respond by **December 5, 2025**. Plaintiff shall reply by **December 12, 2025**. All briefing shall conform to Local Rule 7.1.

  Furthermore, the Clerk of Court is respectfully directed to modify the viewing level for Exhibit B to the Motion to Subpoena, ECF 1-6, to restrict access to Plaintiff, Defendant, and Court personnel. *See Eckhart v. Fox News Network, LLC*, No 20 Civ. 5593, 2024 WL 4931857, at *4 (S.D.N.Y. Dec. 2, 2024) ("Given the substantial privacy interests at play, courts routinely grant sealing requests for nude or sexual photographs, even of adults.").

SO ORDERED.

Dated: November 19, 2025
   New York, New York

                     */s/ Dale E. Ho*
                     DALE E. HO
                     United States District Judge