UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Olivia Swaida, | |
| Plaintiff(s), | 25-MC-514 (DEH) |
| v. | |
| Felix International Limited, | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

This matter was initiated so that Plaintiff could subpoena Defendant to uncover the identity of a user who allegedly infringed on her copyrighted material.  The subpoena was issued on November 20, 2025, ECF No. 8, and Defendant was served with the subpoena on November 25, 2025, ECF No. 11.  Pursuant to Fed. R. Civ. P. 45(d)(2)(B), the time to object was "before the earlier of the time specified for compliance or 14 days after the subpoena [was] served."

The subpoena was served on November 25, 2025, ECF No. 11, and the subpoena required production by December 22, 2025, ECF No. 8.  The deadline for Defendant to object has expired.

Further, pursuant to Fed. R. Civ. P. 45(d)(3), a Defendant may move to quash a subpoena if it is "timely"; under the Southern District of New York's Local Rule 6.1(a), motions to quash a subpoena must be made within 7 days.  That deadline has passed.

By no later than January 7, 2026, Plaintiff shall file a status letter indicating whether any additional relief is sought in this case.  If no further relief is sought, or no status letters is filed, the Court will direct the Clerk of Court to close this case.

SO ORDERED.

Dated: December 22, 2025
New York, New York

_____
DALE E. HO
United States District Judge

2